Entered: March 9th, 2026
Signed: March 6th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Morgan W. Fisher, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00245 (DER) |
| Fantagraphics Books, Inc., | |
| Defendant. | |
| Fantagraphics Books, Inc., | |
| Counterclaim Plaintiff and Third Party Plaintiff, | |
| v. | |
| JPMorgan Chase Bank, N.A. and Sparkle Pop, LLC, | |
| Third Party Defendants. | |

### SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL

For good cause appearing, IT IS ORDERED

1. The parties' Rule 26(f) Report (the "Report") filed in this adversary proceeding is approved.

2. The parties are required to observe all deadlines and scheduled dates set forth in the Report.

3. A hearing on dispositive motions shall be set for **January 27, 2027** at **10:00 A.M**. in **Courtroom 9-D, Baltimore – Judge Rice**.

4. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed, as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **DATE TO BE DETERMINED**. The parties must also file any portion of a deposition that will be offered by a party in this case in chief, and must identify the witness, date, line numbers and pages of the deposition, and provide a copy of the same. Any other party must make a counter-designation as under Rule 32(a)(6) Fed. R. Civ. P. by **DATE TO BE DETERMINED**.

**INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**

**Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.**

**IF EXHIBITS ARE NOT FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

5. Exhibits not objected to in writing by **DATE TO BE DETERMINED** will stand as admitted into evidence.

6. Trial estimate is **four (4) days**.

8. TRIAL IS SET FOR **DATE TO BE DETERMINED**.

9. Copies of all pleadings are to be served on the Office of the U.S. Trustee at 101 West Lombard Street, Suite 2650, Baltimore, Maryland 21201.

cc:  All parties in interest

**End of Order**

# ATTACHMENT TO THE SCHEDULING ORDER

# INSTRUCTIONS FOR PRETRIAL MEMORANDA

A.  Each plaintiff shall set out a brief statement of facts to be proven in support of plaintiff's claims and a separate statement of the legal theories supporting each claim.

B.  Each defendant shall set out a brief statement of facts to be proven as a defense to each claim and a separate statement of the legal theories in support of each affirmative defense.

The following items must be supplied by all parties:

1.  Where applicable, similar statements shall be filed with respect to a counter-claim, cross claim or third-party claim and defense thereto.

2.  All parties must file a statement of claims and defenses no longer prosecuted.

3.  Stipulations of fact by the parties are encouraged to shorten trial time and to obviate the necessity of calling witnesses solely for the purposes of authentication of undisputed facts.

4.  Damages claimed must be stated in detail as of the date of the pre-trial memorandum and, if applicable, a precise statement of any other relief sought.

5.  List separately each document or other exhibit that may be offered in evidence other than those expected to be used solely for impeachment.

6.  List the name of each witness expected to be called on the party's behalf, other than a witness who may be called solely for impeachment purposes.  Give address and telephone number of each witness listed.

7.  List the name and area of expertise of each expert that the party proposes to call as a witness.

8.  If any portion of a deposition will be offered by a party in its case in chief, identify the date, line numbers and pages of the deposition.  Any other party must make a counter-designation as under Rule 32(a)(6) Fed.R.Civ.P.