IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | | |
|---|---|---|
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1]<br><br>Debtors | *<br>*<br>* | Jointly Administered under<br>Case No: 25-10308-DER<br>(Chapter 11) |

* * * * * * * * * * * *

| | | |
|---|---|---|
| Morgan W. Fisher, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>Fantagraphics Books, Inc.,<br><br>Defendant. | *<br>*<br>*<br>* | Adv. Proc. No: 25-00245-DER |

* * * * * *

| | |
|---|---|
| Fantagraphics Books, Inc.,<br><br>Counterclaimant and Third-Party Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC,<br><br>Third-Party Defendants. | *<br>*<br>*<br>* |

* * * * * * * * * * * *

## STIPULATION OF DISMISSAL OF COUNTERCLAIMS AND THIRD-PARTY CLAIMS

Defendant, Counterclaimant, and Third-Party Plaintiff Fantagraphics Books Inc. ("Fantagraphics"), by and through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), made applicable to this matter through Fed.R.Bankr.P. 7041, with the consent of the undersigned counsel for Plaintiff Morgan W. Fisher, Chapter 7 Trustee, and Third-Party Defendants JPMorgan Chase Bank, N.A. ("JPMorgan") and Sparkle Pop, LLC hereby stipulates and dismisses the following counts:

1. Counts I and II of Fantagraphics' Counterclaim against Morgan W. Fisher, Chapter 7 Trustee, as the substituted Plaintiff, as pled in Defendant Fantagraphics Books, Inc.'s Answer and Counterclaim to Debtor Diamond Comic Distributors, Inc.'s Complaint to Determine the

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

Validity, Priority or Extent of a Lien or Other Interest in Property [Dkt. No. 6] filed on October 9, 2025;

2. Counts I and II of Fantagraphics' Third-Party Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Property [Dkt. No. 7] filed on October 23, 2025, and each and every other claim, count, and cause of action asserted, or that could have been asserted, by Fantagraphics against JPMorgan in this adversary proceeding, which are hereby dismissed with prejudice against JPMorgan.

3. This dismissal is made pursuant to the terms of the Consent Order Granting Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (Trustee and *Ad Hoc* Consignment Group) entered by this Court in the main case on October 29, 2026. [Case No. 25-10308; Dkt. No. 1349] (the "Settlement Order"). Upon the filing of this Stipulation, JPMorgan shall be dismissed as a party to this adversary proceeding. Nothing in this Stipulation shall be construed to limit, modify, or impair the Settlement Order or any rights or obligations arising thereunder. This Stipulation does not release, waive, impact, affect, or dismiss Fantagraphics' claims against third-party Defendant Sparkle Pop, LLC or Sparkle Pop, LLC's defenses to Fantagraphics' claims.

CONSENTED TO:

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, Fed. Bar No: 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Phone No.: (443) 569-0788
Email: chopkin@yvslaw.com

*Counsel to Fantagraphics Books, Inc.*

/s/ Zvi Guttman
Zvi Guttman Fed. Bar No. 06902
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
Zvi@zviguttman.com

*Counsel to Morgan W. Fisher, Chapter 7 Trustee*

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
djz@shapirosher.com

/s/ Katherine E. Culbertson
Katherine E. Culbertson (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4200
Chicago IL 60606
Tel: (312) 443-0256
Email: Katherine.culbertson@troutman.com
-and-
Toyja E. Kelley (Bar No. 26949)

*General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee*

/s/ Jodie E. Bekman
Jodie E. Bekman, Fed. Bar No: 26004
Gordon Feinblatt, LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone No.: (410) 576-4082
Email: jbekman@gfrlaw.com

*Counsel to Sparkle Pop, LLC*

Indira K. Sharma (Bar No. 28269)
Jonathan W. Young (admitted *pro hac vice*)
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Email: Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com

*Counsel for JPMorgan Chase Bank, N.A.*

I HEREBY CERTIFY that the terms of the copy of the Stipulation submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November 2026, notice of filing the Stipulation of Dismissal of Counterclaims (the "Stipulation") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Corinne Donohue Adams, Esquire
(cadams@yvslaw.com)
Counsel for Defendant
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Jodie E. Bekman, Esquire
(jbekman@gfrlaw.com)
Counsel for Third-Party Defendant
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202

Katherine Elizabeth Culbertson, Esquire
(katherine.culbertson@troutman.com)
Counsel for Third-Party Defendant
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4200
Chicago Illinois 60606

Morgan W. Fisher, Esquire
(mwf@morganfisherlaw.com)
Chapter 7 Trustee
Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Chapter 7 Trustee
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, Maryland 21282

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Defendant
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401